**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LAREYNA MARSHALL**
**#202604075** **PLAINTIFF**

**V.** **NO. 3:26-cv-218-DPM-ERE**

**ALISON REDDING, *et al.*** **DEFENDANTS**

# ORDER

Counsel for Greene County Medical Defendants has provided under seal the last-known addresses of Defendants Kendra Honeycutt and Jacquelyn Davis. *Doc. 7*. In addition, while counsel is not aware of a medical employee by the name of Alison Redding, counsel has provided the names of several other medical staff members who *pro se* plaintiff Lareyna Marshall may have intended to name as Defendants in this lawsuit. They are Ashley Arnoult, Elizabeth Higgins, Kelli Poteet, and Sara Scott.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare summonses for Defendants Kendra Honeycutt and Jacquelyn Davis.

2. The United States Marshal is directed to serve the summonses, the complaint (*Doc. 1*), with any attachments, and this Order on Defendants Honeycutt and Davis at their last-known addresses, provided under seal, without prepayment

of fees or costs. Importantly, these Defendants' private mailing addresses must be *redacted* from the return of service and from any other public portion of the record.

3. The Clerk also is instructed to update the docket sheet reflect the full name of Doe Defendant Jacquelyn – Jacquelyn Davis.

4. Mr. Marshall is instructed to notify the Court within thirty days whether he intends to name Ashley Arnoult, Elizabeth Higgins, Kelli Poteet, or Sara Scott as a Defendant in this lawsuit. His failure to do so may result in the dismissal of his claims against Alison Redding. See FED. R. CIV. P. 4(m).

SO ORDERED 13 November 2026.

UNITED STATES MAGISTRATE JUDGE